In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00438-CR


____________________



CURTIS JOSEPH SYLVESTER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 08-04603






 MEMORANDUM OPINION


 Curtis Joseph Sylvester has filed a motion to dismiss his appeal. See Tex. R. App. P.
42.2. He did not personally sign the motion. However, we have received the reporter's
record of a hearing conducted in the trial court on September 18, 2009, at which Sylvester
stated in open court that he waived his right to appeal in this case. No opinion has issued in
this appeal. The appellant voluntarily waived his right to appeal his conviction in cause no.
08-04603. We find good cause exists for suspending the requirement that appellant
personally sign the motion to dismiss the appeal. See Tex. R. App. P. 2. The motion to
dismiss is granted, and the appeal is therefore dismissed. 

 APPEAL DISMISSED. 

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered October 14, 2009 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.